IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**TYRONE ADAM WILLIAMSON**,

       Plaintiff,

   v.

**STATE OF OREGON and MULTNOMAH COUNTY SHERIFFS OFFICE**,

       Defendants.

No. 3:14-cv-00591-PK

OPINION & ORDER

MOSMAN, J.,

    Plaintiff Tyrone Adam Williamson instituted this action *pro se* on April 9, 2014. (Compl. [2].) Magistrate Judge Papak then issued an Order to Show Cause why the case should not be dismissed for lack of subject matter jurisdiction. (Order [8].) Mr. Williamson responded. (Response [11, 13].) Upon review of the complaint and Mr. Williamson's responses, Judge Papak recommended that the suit be dismissed for lack of subject matter jurisdiction.

## DISCUSSION

    The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION & ORDER

but retains responsibility for making the final determination. The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1).  However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation, and I ADOPT the F&R [14] as my own opinion.

IT IS SO ORDERED.

DATED this __19th__ day of June, 2014.

/s/ Michael W. Mosman  
MICHAEL W. MOSMAN  
United States District Judge

2 – OPINION & ORDER